Edna Richardson
1553 W 5th Pl
Tempe, AZ 85281
602 918 0914

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Edna Richardson

    Plaintiff,

vs.

Sam's Club, Wal-Mart, el

    Defendant.

No.

CV-13-00011-PHX-FJM

# COMPLAINT

(Jury Trial Demanded)

Now comes the plaintiff Edna Richardson, hereby respectfully files the complaint and complains as follows:

For her Complaint against Defendant, Plaintiff alleges the following:

1. This is an action to rectify gender discrimination and retaliation in the workplace at the Sam's Club store a division of Wal-Mart asserted by Ms. Edna Richardson against the Sam's Club, Wal-Mart Phoenix pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, as amended.

2. This Court has jurisdiction over this case under 28 U.S.C. §§ 1331 and 1343(4).

3. Venue is proper in this District under 28 U.S.C. § 1391(b) and 42 U.S.C. § 2000e-5(f)(3).

[Summary of pleading] - 1

4. Plaintiff is a citizen of the United States of America residing in Phoenix, Arizona.

5. Plaintiff is female in gender.

6. Plaintiff was employed by Sam's Club, Wal-Mart at all time of the alleged violation of the plaintiff constitutionally protected rights

7. Defendant Sam's Club, Wal-Mart is a corporation doing business in the State of Arizona.

8. Sam's Club, Wal-Mart has been engaged in an industry affecting commerce and has had at least 30,000 employees nationwide for each working day in at least twenty calendar weeks this year or last year at all times material to this Complaint.

9. During the course of her employment with Sam's Club, Wal-Mart, Plaintiff has been continually Subjected to age suggestive and gender-biased comments by her co-workers and supervisors.

10. For example, one of Plaintiff's co-workers referred to her as a "old black lady" and
Several other of Plaintiff's were repeatedly treated differently

11. Plaintiff's supervisors treated as stated the old black lady differently for example without a policy in subjected Edna Richardson was by singling her out forcing her to tale random test known as " A Random Shrink Test" that the younger Caucasian employees were not required to take or the manner in which they were given was a different standard. During my training, the word Shrink Test was never ever mentioned to me.

I only heard of the Shrink Test within the last 1.5 year, and definitely were not trained or made aware of the severity of the punishment. Sam's Club, Wal-Mart Terminated my employment based on the shrink wrap test that was not authorized or within the guidelines or policy of the company.

I previously filed a EEOC complaint "<u>Civil Right</u>" and the selective treatment of me was a direct result of the EEOC complaint.  It was a direct result of the of the EEOC complaint and in retaliation for my filing the complaint.

12. Plaintiff has been subjected to discriminatory comments based on her gender from the time that she started with the Sam's Club, Wal-Mart to the present.

13. Younger employees at Sam's Club, Wal-Mart were not subjected to the discrimination suffered by Plaintiff, and Plaintiff was subjected to such discrimination on the basis of her gender, age and race.

14. Plaintiff did not encourage or consent to the discrimination and conduct summarized above.

15. The discrimination summarized above had a substantial negative impact on Plaintiff's employment and psychological well-being and continues to do so.

16. Plaintiff gave the Sam's Club, Wal-Mart direct notice of the discrimination and requested they stop it.

17. Sam's Club, Wal-Mart also knew or should have known of the discrimination because it pervaded the workplace and created a hostile working environment.

18. Despite such notice, the Sam's Club, Wal-Mart failed to timely and meaningfully investigate and remediate Plaintiff's complaints and in fact ratified the misconduct of Plaintiff's supervisors and co-workers at Sam's Club, Wal-Mart.

19. Moreover, after Ms. Edna Richardson complained about discrimination in the workplace, the Sam's Club, Wal-Mart retaliated against her by (among other things) subjecting her to verbal Harassment, giving her less favorable work assignments, subjecting her to increased surveillance, and unfairly evaluating her work performance and then terminating her as a result.

20. Based on the misconduct of the Sam's Club, Wal-Mart as summarized above, Plaintiff timely filed a charge of discrimination against the Sam's Club,

Wal-Mart with the United States Equal Employment Opportunity Commission (the "EEOC") See attached Exhibit A.

21. Plaintiff received a right to sue letter from the United States Department of Justice on approximately December 6, 2012, and timely commenced this action within ninety days of her receipt of that letter.

22. Plaintiff reserves the right to amend the complaint to plead with more specifics or have counsel amend the complaint if counsel is retained.

Wherefore, Plaintiff respectfully requests the Court to:

A. Issue a declaratory judgment that the conduct of Defendant as described above violated Plaintiff's rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, as amended;

B. Award Plaintiff damages in the amount of $500,000.00; Dollars against Plaintiff in the future;

D. Award Plaintiff compensatory and punitive damages against Defendant in an amount to be determined at trial;

E. Award Plaintiff her fees and costs under 42 U.S.C. § 1988, 42 U.S.C. § 2000e-5(k) and any other applicable law; and

F. Award Plaintiff all other relief just and appropriate under the circumstances.

1  Respectfully submitted, this 30 day of December, 2012.

2

3

4  *Edna Richardson*
5  Edna Richardson

## Notice to Defendant

To: Sam's Club, Wal-Mart A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date:

Signature of Clerk or Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached complaints and documents will be served of the defendant by process server and a return of said will be filed with the clerk of the court.

*Edna Richardson* (signature)
Edna Richardson

EEOC Form 161 (2/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Edna Richardson
1553 W 5th Pl.
Tempe, AZ 85281

From: Phoenix District Office
3300 North Central Ave
Suite 690
Phoenix, AZ 85012

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 540-2012-01219 | Lucy Orta, Supervisory Investigator | (602) 640-5055 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

Rayford O Irvin,
District Director

OCT 03 2012
(Date Mailed)

Enclosures(s)

cc: Sarah Powenski
Littler Mendelson, PC
2 S. Biscayne Blvd., Ste 1500
Miami, FL 33131