## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Edna Richardson, | |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | CV 13-0011-PHX-FJM |
| Sam's Club, et al, | |
| Defendants, | |

___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED   that pursuant to the Court's Order of April 29, 2014, granting Defendant's Motion for Summary Judgment, judgment is hereby entered for Defendants. Plaintiff shall take nothing by way of the Amended Complaint. The Amended Complaint and this action are hereby dismissed.

   April   29,   2014   
Date

BRIAN   D.   KARTH   
DCE/Clerk of Court

.   s/   Ruth E. Williams   
By     Ruth E. Williams  
         Deputy Clerk